JUDGE HERB ROSS (Recalled)

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2296 - (Website: www.akb.uscourts.gov)
Clerk's Office 907-271-2655 (1-800-859-8059 In-State) - Judge's Fax 907-271-2692

**Filed On
5/5/10**

| In re | Case No. A09-00721-HAR |
|---|---|
| DANIEL CAREY MILFORD and MARIA TERESA MILFORD, | In Chapter 7 |
| Debtors. | **ORDER CONDITIONALLY GRANTING MOTION TO REOPEN CHAPTER 7 CASE** |

The court, has reviewed the debtors' Motion to Reopen Chapter 7 Case, and,

IT IS ORDERED that the motion is GRANTED, subject to debtors first paying a fee totalling **$41** ($15 for the trustee and $26 for amendment of schedules, pursuant the Judicial Conference Fee Schedule, appended to 28 USC § 1930) to the Clerk's Office by **May 25, 2010**. The court waives the $245 reopening fee.

DATED: May 5, 2010.

                                              /s/ Herb Ross
                                              HERB ROSS
                                          U.S. Bankruptcy Judge

Serve:
Pro Se Debtors
Larry Compton, Trustee
U.S. Trustee's Office
Case Manager
Fee Book

05/05/10